

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 10, 2024

1/11/24

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> Case is adj to January 24, 2024,
> at 2PM — time is excluded
> through Jan 24, in the interest
> of justice, to facilitate the
> review of discovery, clearance
> process, and discussions between
> the parties.

Re:   *United States v. Rafat Amirov, et al.,*
      S5 22 Cr. 438 (CM)

Dear Judge McMahon:

The Government understands that the Court has adjourned the pretrial conference scheduled for January 9, 2024 to January 24, 2024 at 2:00 p.m., to ensure that a court-approved interpreter will be available for the conference. The Government, with the consent of defense counsel, respectfully requests that time be excluded under the Speedy Trial Act from the date of this letter through January 24, 2024. The ends of justice served by the requested exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will facilitate the continued provision and review of discovery, resolution to the clearance process, and ongoing discussions between the parties. *See* 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
      Michael D. Lockard
      Matthew J.C. Hellman
      Jacob H. Gutwillig
      Assistant United States Attorneys
      (212) 637- 2193 / 2278 / 2215

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/24

cc:   Counsel of record (by ECF)