

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

February 22, 2024

2/23/24

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Rafat Amirov, et al.*,
      **S5 22 Cr. 438 (CM)**

Dear Judge McMahon:

Matter is scheduled for March 12, 2024 — time is excluded through March 12, in the interest of justice, to facilitate the review of discovery and discussions between the parties.

On February 21, 2024, Poland Omarov, the defendant, arrived in this District on extradition from the Czech Republic. The Court referred the defendant's presentment and arraignment to the duty Magistrate Judge, and Omarov appeared before the Honorable Sarah L. Cave. The Court has scheduled an initial appearance for the defendant on March 12, 2024, at 12:00 p.m. Accordingly, the Government requests the exclusion of time under the Speedy Trial Act from the date of this letter through March 12, 2024.[1] The ends of justice served by exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will permit time for the production and review of discovery and discussions about the case between the Government and defense counsel. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant does not object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
      Jacob H. Gutwillig / Matthew J.C. Hellman /
      Michael D. Lockard
      Assistant United States Attorneys
      (212) 637- 2215 / 2278 / 2193

*[Colleen McMahon signature]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/24

cc:   Counsel of record (by ECF)

---

[1] At a pretrial conference on January 24, 2024, with co-defendant Rafat Amirov, the Court ordered excluded time until April 9, 2024. The exclusion of time as to one defendant ordinarily excludes time as to all co-defendants. *See United State v. Vazquez*, 918 F.2d 329, 337 (2d Cir. 1990). In an abundance of caution, the Government respectfully requests the Court order the exclusion of time as to Omarov as well.