UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA          :
          - v. -                      :
POLAD OMAROV,                     :
          Defendant.                :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-24

ORDER APPOINTING
CO-COUNSEL

S8 22 Cr. 438 (CM)

      Upon the Sealed application of Andrew Patel, it is Ordered that application for the appointment of Michael Perkins, Esq., to serve as co-counsel in this matter is **Granted**.

Dated: December 19, 2024
      New York, New York

                So Ordered

                _____
                Hon. Colleen McMahon, U.S.D.J.