**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                  **Telephone 212-349-0230**

<u>By ECF</u>

March 17, 2025

The Colleen McMahon
United States District Judge
United States Courthouse
500 Quarropas Street
New York, NY 10007

                        Re:    <u>United States v. Polad Omarov</u>
                                 22 Cr. 438 (CM)

Dear Judge McMahon:

      This letter is respectfully submitted to request that all CJA counsel assigned to this matter be permitted to submit interim vouchers in accordance with the CJA Plan for the Southern District of New York.

                                           Respectfully submitted,

                                           /s/ Andrew Patel
                                         Andrew G. Patel