**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                              **Telephone 212-349-0230**

**By ECF**

March 17, 2025

The Colleen McMahon
United States District Judge
United States Courthouse
500 Quarropas Street
New York, NY 10007

                          Re:    United States v. Polad Omarov
                                 22 Cr. 438 (CM)

Dear Judge McMahon:

        This letter is respectfully submitted to request that all CJA counsel assigned
to this matter be permitted to submit interim vouchers in accordance with the CJA
Plan for the Southern District of New York.

                          Respectfully submitted,

                          /s/ Andrew Patel
                          Andrew G. Patel
                                               3/18/25

                          So Ordered

                                          Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3-19-25