

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

October 27, 2025

**Via ECF**
The Honorable Colleen McMahon
Senior U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:**    **United States v. Polad Omarov, 22-cr-438 (CM)**
           *Amended Sentencing Exhibit B*

Dear Judge McMahon:

    As part of Mr. Polad Omarov's sentencing submission, the Defense submitted Omarov Exhibit B, a letter from defense counsel Michael Perkins, Esq. detailing his trip to Turkey and Georgia to investigate Mr. Omarov's personal history and characteristics.

    The Defense respectfully submits an amended Omarov Exhibit B, to be filed under seal with the Court's prior permission, with the only changes being the inclusion of the full names of every person interviewed to alleviate concerns raised in the Government's sentencing submission (ECF No. 157 at 26).

Respectfully submitted,

| | | |
|---|---|---|
| s/ Andrew Patel | s/ Elena Fast | s/ Michael Perkins |
| Andrew Patel, Esq. | Elena Fast, Esq. | Michael Perkins, Esq. |
| 15 Chester Avenue | The Fast Law Firm, P.C. | The Fast Law Firm, P.C. |
| White Plains, NY 10601 | 521 Fifth Ave, 17 Floor | 521 Fifth Ave, 17 Floor |
| Phone: 212-349-0230 | Phone: 212-729-9494 | Phone: 212-729-9494 |
| apatel@apatellaw.com | elena@fastlawpc.com | michael@fastlawpc.com |

*Counsel for Polad Omarov*

cc: All attorneys of record (via ECF)