

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 29, 2025

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Rafat Amirov and Polad Omarov*,
                 S8 22 Cr. 438 (CM)

Dear Judge McMahon:

    In connection with today's sentencing proceeding, in which the defendants were sentenced on Counts One through Five of the superseding indictment, S8 22 Cr. 438 (CM), the Government moves to dismiss open counts against the defendants charged in underlying indictments in this case.

                                         Respectfully submitted,

                                         JAY CLAYTON
                                         United States Attorney

                         by:         */s/*
                             Jacob H. Gutwillig / Matthew J.C. Hellman /
                               Michael D. Lockard
                             Assistant United States Attorneys
                             (212) 637-2215 / -2278 / -2193

cc:    Defense counsel (by ECF)