Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2025

Caption:

United States   v.

Polad Omarov

Docket No.: 22 Cr 438 (CM)

Hon. Colleen McMahon
(District Court Judge)

Notice is hereby given that Polad Omarov appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)

entered in this action on 10/29/2025 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [X]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?  Yes [X]   No [ ]   N/A [ ]

Date of sentence: 10/29/2025    N/A [ ]

Bail/Jail Disposition: Committed [X]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [X]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Elena Fast, Esq.

Counsel's Address: 521 Fifth Avenue, 17 Floor
New York, New York 10175

Counsel's Phone: (212)729-9494

Assistant U.S. Attorney: Michael Lockhart

AUSA's Address: 26 Federal Plaza, 37th Floor
New York, NY 10278

AUSA's Phone: (212) 637-2193

_Elena Fast_
Signature